Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 756 | **DATE** | 11/22/2006 |
| **CASE TITLE** | Blohm vs. Village of Rosemont et al. | | |

**DOCKET ENTRY TEXT**

On 10/17/06 the Court issued an order dismissing the case with leave to reinstate by 11/27/06 if the settlement was not effectuated. The parties have informed the Court in writing that although the settlement documents have been completed, the funds involved cannot be transferred by 11/27/06. Therefore, the parties' request to extend the date for reinstatement of this case until 12/4/06 to effectuate the payment of funds is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | FT |
|---|---|---|